1  **PHILIP HUNTER THOMPSON**
   **California State Bar No. 106633**
2  **A member of NELSEN, THOMPSON, PEGUE**
   **& THORNTON A Professional Corporation**
3  2425 Olympic Blvd., Suite 4000W
4  Santa Monica, CA 90404-4032
   e-mail: pthompson@ntptlaw.com
5  Tel: (310) 315-1001
   Fax: (310) 315-1333
6  Attorney for Plaintiff,
7  EMPIRE FIRE & MARINE INSURANCE
   COMPANY
8

9

10              **UNITED STATES DISTRICT COURT**

11         **FOR THE  CENTRAL DISTRICT OF CALIFORNIA**

12                                    EDCV06-502 SGL (CTx)

13  EMPIRE FIRE AND MARINE          )    Case No.
    INSURANCE COMPANY, a Nebraska   )
14  corporation,                    )    COMPLAINT FOR
                                    )    DECLARATORY RELIEF
15                    Plaintiff,     )
                                    )
16  vs.                             )    1:  06 CV 01457 OWW LJO
                                    )
17                                  )
    MARGARET ROSENBAUM;             )
18  MICHAEL ROSENBAUM; LANIER       )   (DEMAND FOR JURY TRIAL)
    OAKLEY                          )
19                                  )
20                    Defendants.    )
                                    )
21  _____)

22       Plaintiff, Empire Fire and Marine Insurance Company (hereinafter

23  "Empire"), alleges:

24                          **JURISDICTION**

25       1.    Empire is and was at all times mentioned herein a citizen of the State

26  of Nebraska.

27

28       2.    Empire is informed and believes and, on that basis, alleges as follows:

208-013-105511                        1

1          a.     Defendant Margaret Rosenbaum (hereinafter "Margaret R.") is a citizen of the State of California, and the mother of Michael Rosenbaum (hereinafter "Michael R.").

          b.     Defendant Michael R. is a citizen of the State of California and the son of Margaret R.

          c.     Defendant Lanier Oakley (hereinafter "Oakley") is a citizen of the State of California.

3.     The jurisdiction of this Court is invoked on the basis of diversity of citizenship pursuant to 28 U.S.C. Section 1332. The matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

## VENUE

4.     Venue is proper in the Central District of California pursuant to 28 U.S.C. Section 1391(a). Empire is informed and believes and thereupon alleges that a substantial part of the events or omissions giving rise to this request for declaratory relief, as set forth more specifically below, occurred in this district.

## PARTIES

5.     Empire is a corporation organized under the laws of the State of Nebraska, with its principal place of business in the State of Nebraska.

6.     Empire is informed and believes, and on that basis alleges, as follows:

          a.     Defendant Margaret R. is a citizen of the State of California.

          b.     Defendant Michael R. is a citizen of the State of California.

          c.     Defendant Oakley is a citizen of the State of California.

# UNDERLYING FACTS AND LITIGATION

7.      Empire is informed and believes, and on that basis, alleges the following facts:

a.      In August 2004, Defendant Michael R. was twenty-two years old and worked for Excel Telecommunications ("Excel") which had a pending scheduled sales event to be held in Dallas, Texas, in early September 2004. Michael R. spoke by phone with Jerry Vestesen, the Branch Manager (hereinafter "Branch Manager") for the Enterprise Rent-A-Car Franchise located at 2816 McHenry Avenue, Modesto, California, (hereinafter "McHenry Enterprise") inquiring about renting several 15-person passenger vans to transport sales people to Excel's sales event.

b.      During the phone call, Branch Manager and Michael R. discussed the particulars of Michael R.'s needs.  Branch Manager told Michael R. that he would need qualifying renter/drivers of 25 years and older, the renter/drivers would have to produce their drivers licenses and a major credit card, and the renter/drivers must either have a personal automobile liability policy or purchase insurance from Enterprise Corporate/Franchise.  Branch Manager also explained to Michael R. that Enterprise offered Supplemental Liability Protection ("SLP") underwritten by Empire.

c.      On August 31, 2004, Michael came into the McHenry Enterprise to rent the vans.  Branch Manager was not working that day so Ramon Saldivar, the Assistant Manager (hereinafter "Assistant Manager") and Rachel Cargill, a Management Trainee (hereinafter "Trainee"), handled the rental.

208-013-105511

3

1            d.      Assistant Manager and/or Trainee told Michael R. that these

2      types of vans could only be rented and driven by someone 25 years old or older.

3      Michael R. then called his mother Margaret R., who came to the McHenry

4      location.

5

6            e.      Assistant Manager or Trainee told Margaret R. that she or a

7      designated driver over 25 were the only people allowed to drive the van. Assistant

8      Manager or Trainee also told Margaret R. that SLP was available. Margaret R.

9      turned down the SLP, and signed the rental contract (hereinafter "Agreement") and

10     paid for the van rental with her credit card.   Later, however, Michael R. told

11     Assistant Manager or Trainee that Margaret R. had made a mistake and requested

12     that SLP be added.  The Agreement was changed to reflect the purchase of SLP.

13

14           f.      The Agreement lists Margaret R. as the renter and Cynthia

15     Dovik (hereinafter "Dovik"), age 30, as an additional authorized driver. A copy of

16     the Agreement is attached hereto as Exhibit A.

17           g.      On the night of August 31, 2004, Michael R. left for Dallas in

18     the rented van loaded with sales people, including Oakley, age 19. Michael R.

19     drove the van.  After a few hours on the road, Michael R. stopped the van and

20     asked Oakley to take over driving. A few minutes after Oakley took over driving,

21

22     he attempted to exit the freeway, lost control of the van, and rolled it on a freeway

23     off ramp, resulting in the deaths of three of the van occupants and numerous

24     injuries (hereinafter "Accident").

25

26           h.      As the result of the Accident, Margaret R., Michael R., several

27     Enterprise entities, and others have been sued in at least four separate lawsuits as

28     follows:

1.    Phillips v. Rosenbaum et al., filed on November 4, 2004 in the Superior Court of California, County of Stanislaus, Case No. 351646.

2.    Cardona v. Rosenbaum et al. filed on January 13, 2006 in the Superior Court of California, County of Stanislaus, Case No. 377514.

3.    Aroche v. Rosenbaum et al., filed on February 2, 2005 in the Superior Court of California, County of Stanislaus, Case No. 353681.

4.    Bennett v. Rosenbaum et al., filed on January 23, 2006 in the Superior Court of California, County of Stanislaus, Case No. 377621.  (These suits are hereinafter referred to collectively as "Personal Injury Suits.")

i.    Farmers Insurance Exchange, a liability insurer for Margaret R., also filed a declaratory relief suit in Los Angeles, California, seeking a declaration of its rights and obligations in connection with the Accident under the automobile liability policy it issued to Margaret R.  This case has been transferred to Stanislaus county.

## EMPIRE POLICY

8.    Empire issued a Policy No.  SI 22 64 51 to Enterprise Rent-A-Car Company (hereinafter "Enterprise Corporate") and Enterprise Rent-A-Car Company of Sacramento (hereinafter "Franchise") for the policy period from September 1, 2002 to September 1, 2005 (hereinafter "Policy")  (a copy of the Policy is attached hereto as Exhibit B), which provides limits of liability coverage to Enterprise car rentees, who purchase this coverage, of the difference between $1,000,000 combined single limit each accident bodily injury and property damage and the underlying insurance.  The underlying insurance is the minimum financial responsibility limits of, in this case, California.

9.    Empire wrote coverage under the Policy pursuant to Form EM 00 65 (09-97) that provides in pertinent part, as follows:

### SUPPLEMENTAL RENTAL LIABILITY

Throughout this policy, the words "we", "us" or "our" refer to the Company named in the Declarations.  The words "you" or "your" refer to the insured.  In addition, certain words or phrases identified by quotation marks are defined in SECTION III - DEFINITIONS.

### SECTION I - LIABILITY INSURANCE

A.    **COVERAGE**

1.    This policy provides excess auto liability insurance and only applies to a "loss" involving "bodily injury" and "property damage" caused by an "accident" and resulting from the use of a covered "rental vehicle."

2.    We will indemnify any "insured" for such "loss" in excess of the "underlying insurance" for which this coverage applies during the "coverage period", provided our liability shall apply only to the "ultimate net loss" in excess of such "underlying insurance."

3.    We have no duty to defend any claim or "suit" made or brought against you if your "underlying insurance" has a duty to defend.  However, we have the right and shall be given the opportunity to investigate and be associated in the defense and trial of any claim, "suit" or proceeding which in our opinion may create a liability on our part under this policy.  If we

exercise this right, we will assume our proportionate share of all court costs, legal fees, investigations costs and interest incurred with our consent. We will not defend any "suit" or make additional payments after we have paid or tendered our limit of liability for this coverage.

**B.** <u>**WHO IS AN INSURED**</u>

1. <u>Only</u> the following are "insureds" under this policy:

    a. The "Rentee" who has:

        (1) Entered into a "rental agreement" with the "policyholder" shown in the Declarations; and

        (2) Elected under the "rental agreement" to purchase the optional "supplemental rental liability insurance"; and

        (3) Paid for optional "supplemental rental liability insurance".

    b. Additional authorized drivers whose names appear on the "rental agreement", where the "rentee" has complied with a. (1), (2), and (3) above.

2. The following are <u>not</u> insureds under this policy:

    a. The "policyholder", "certificate holder" or owner of the "rental vehicle", or

    b. Any employee, agent or family member of the "policyholder" or "certificate holder"; or

      c.     Any driver who is not an authorized driver under the terms of the "rental agreement", or whose name does not appear on the "rental agreement".

. . .

**C.**   **LIMIT OF INSURANCE**

Regardless of the number of "insured", "rental vehicles", premiums paid, or claims made, the most we will pay for "ultimate net loss" is the difference between the limits of liability provided by the "underlying insurance" and the "supplemental rental liability insurance" limit shown in the Declarations.

**D.**   **EXCLUSIONS**

In addition to the exclusions contained in the "underlying insurance", this insurance does not apply to the following:

. . .

2.     Loss arising out of the use of a "rental vehicle" when such use is in violation of the terms and conditions of the "rental agreement".

3.     Loss arising out of "bodily injury" or "property damage" sustained by any "insured" or any relative or family member of the "insured" who resides in the same household.

4.     Loss arising out of the operation of the "rental vehicle" by any driver who is not an "insured".

. . .

10.    "Bodily Injury" to:

a.    An employee of the "insured" arising out of and in the course of employment by the "insured"; or

b.    The spouse, child, parent, brother or sister of that employee as a consequence of paragraph a. above.

This exclusion applies:

(1)    Whether the "insured" may be liable as an employer or in any other capacity; and

(2)    To any obligation to share damages with or repay someone else who must pay damages because of the injury.

11.    "Bodily Injury" to any fellow employee of the "insured" arising out of and in the course of the fellow employee's employment.

. . .

15.    Any "insured's" liability for damage to the "rental vehicle".

16.    Liability arising out of the use of a "rental vehicle" which was obtained through a "rental agreement" based on false, misleading or fraudulent information.

17.    Loss while any "rental vehicle" is rented by the "insured" and used to transport people or personal property for a fee, regardless of whether the fee is set out specifically for transportation cost or included with the cost as a package of services provided to the general public.

This exclusion does not apply to a "loss" resulting from the rental of an "auto" in the "policyholder's" daily truck rental program if the transport of personal property for a fee has been approved in advance by the "policyholder".

## SECTION II - CONDITIONS

. . .

**B.**    **GENERAL CONDITIONS**

. . .

3.    ATTACHMENT OF LIABILITY.  Liability under this policy shall not attach until the "underlying insurance" has been exhausted by payment of judgments or settlements and the "insured" has paid, or has become legally obligated to pay, the "ultimate net loss" in excess of such "underlying insurance".

## SECTION III - DEFINITIONS

A.    "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B.    "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads.

C.    "Bodily Injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D.    "Certificate holder" means the person or organization, franchisee, licensee, or association member listed as an additional "policyholder" on the Certificate of Insurance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E.    "Coverage period" means the period of time the "rental agreement" is in effect for the "rental vehicle" and the "rentee".

F.    "Insured" means the person or organization qualifying as an insured in the <u>WHO IS INSURED</u> provision of SECTION I, Part B.

G.    "Loss" means legal liability arising our of an "accident" involving a "rental vehicle" which occurs during the policy period.

H.    "Policyholder" means the person or organization listed in the declarations, or its subsidiaries.

I.    "Policy period" is the period during which the "Policyholder" or "Certificate holder" may offer coverage under the policy to any "insured".  This does not include the "coverage period".

. . .

K.    "Rental agreement" means the rental contract by which the "rentee" rents or leases the "rental vehicle".

L.    "Rental vehicle" means the "auto" rented or leased by the "rentee" from the "policyholder" and described in the "rental agreement".

M.    "Rentee" means the person or organization who rents or leases a motor vehicle from the "policyholder".

N.    "Supplemental rental liability insurance" means optional excess liability made available to and elected by a "rentee" for which premium is paid.

O.    "Ultimate net loss" means all sums actually paid by an "insured", or for which an "insured" becomes legally obligated to pay, as damages

1    in settlement or satisfaction of a "loss" for which insurance is

2    provided by this policy, after deduction for all recoveries or salvage.

3    P.    "Underlying insurance" means the policy or policies of insurance,

4    bond, cash deposit or self insurance, maintained by the

5    "policyholder" or "insured" which satisfy at least the Minimum

6    Financial Responsibility requirement of the state where the accident

7    occurred.

8

9                              **AGREEMENT**

10    10.    The Agreement signed by Margaret R. contained the following sub-

11    paragraph regarding SLP:

12

13         16.    Optional Supplemental Liability Protection

14         THE PURCHASE OF SUPPLEMENTAL LIABILITY

15         PROTECTION IS OPTIONAL AND NOT REQUIRED IN ORDER

16         TO RENT A VEHICLE.

17         SLP Benefits:

18

19         Optional Supplemental Liability Protection (SLP) provides Renter

20         with minimum financial responsibility limits as outlined in the

21         applicable motor vehicle financial responsibility laws of the state

22         where Vehicle is operated AND excess insurance provided by Empire

23         Fire and Marine Insurance Company, which supplies Renter and

24         Additional Authorized Drivers with third-party liability protection

25         with a combined single limit per accident equal to the difference

26         between the minimum financial responsibility limits set forth above

27         and $1,000,000 Combined Single Limit per accident.  SLP will

28

respond to third-party accident claims that result from bodily injury, including death, and property damage that arise from the use or operation of Vehicle as permitted in the Rental Agreement. The Empire Fire and Marine insurance policy does not provide coverage for any loss arising from the use or operation of Vehicle in Mexico. SLP is available for an additional charge as stipulated on Page 1 of the Rental Agreement.

SLP is available for $9.95 per day.

SLP Exclusions:

For all exclusions, see the SLP policy issued by Empire Fire and Marine Insurance Company. Here are a few key exclusions:

    (a)    Loss arising out of an accident that occurs while Renter or Additional Authorized Driver is under the influence of alcohol or drugs, or other substances unless prescribed by a physician;

    (b)    Loss arising out of bodily injury or property damage sustained by Renter or Additional Authorized Driver or any relative or family member of Renter or Additional Authorized Driver who resides in the same household;

    (c)    Loss arising out of the operation of Vehicle by any driver who is not renter or Additional Authorized Driver;

    (d)    Liability arising out of or benefits payable under any

uninsured or underinsured motorist law, in any state;

(e)    Liability arising out of or benefits payable under any first-party benefit law, medical payments, no-fault or any similar law to the foregoing, in any state;

(f)    Bodily injury to an employee or the spouse, child, parent, brother or sister of that employee, arising out of and in the course of employment by Renter or Additional Authorized Drivers;

(g)    Property damage to property transported or in the care, custody or control of Renter or Additional Authorized Drivers;

(h)    Damage to Vehicle;

(i)    Liability arising out of the use of Vehicle, which was obtained based on false, misleading or fraudulent information;

(j)    Loss arising out of the use of Vehicle when such use is otherwise in violation of the terms and conditions of the Rental Agreement.

A copy of sub-paragraph 16 is attached hereto as Exhibit C.

11.    The Agreement was accompanied by a Ticket Jacket which provides in relevant part as follows:

### Supplemental Liability Protection

Optional Supplemental Liability Protection (SLP) provided by Empire Fire and Marine Insurance Company provides the Renter and

Authorized Drivers, as defined by this Rental Agreement, with up to $1,000,000 of liability protection as set forth in the terms and conditions of this Rental Agreement and the insurance policy for third party accident claims as a result of bodily injury including death, and property damage arising out of the use of operation of the rental vehicle as permitted in this Rental Agreement. SLP is available for an additional charge as stipulated on this Rental Agreement.

Exclusions. All exclusions are stated in the policy, however the following are a few key exclusions:

(a) loss arising out of an accident which occurs while the Renter or Authorized Driver is under the influence of alcohol or drugs, or other substances unless prescribed by a physician, (b) loss arising out of the use of a rental vehicle when such use is in violation of the terms and conditions of the rental agreement, (c) loss arising out of bodily injury or property damage sustained by a Renter or Authorized Driver or any relative or family member of the Renter or Authorized Driver who resides in the same household, (d) loss arising out of the operation of the rental vehicle by any driver who is not a Renter or Authorized driver, (e) liability arising out of or benefits payable under any uninsured or underinsured motorist law in any state, (f) liability arising out of or benefits payable under any first party benefit law, medical payments, no-fault or any similar law to the foregoing, in any state, (g) bodily injury to an employee or the spouse, child, parent,

brother or sister of that employee arising out of and in the course of employment by the Renter or Authorized Drivers, (h) property damage to property transported or in the care, custody or control of the Renter or Authorized Drivers, (i) damage to the rental vehicle, (j) liability arising out of the use of a rental vehicle which was obtained based on false, misleading or fraudulent information.

. . .

The SLP may provide a duplication of coverage already furnished by a personal insurance policy, or some other source. The purchase of SLP is not required in order to rent a vehicle.

A copy of a ticket jacket is attached hereto as Exhibit D.

## **TENDER**

12.     Margaret R. and Michael R. tendered their defense and indemnity of some or all of the Personal Injury Suits to Empire under the Policy. Empire has declined these tenders based on the language of the Policy, the Agreement and the Ticket Jacket, and the fact that Oakley, who was under 25 at the time of the Accident, was not a rentee or authorized driver under the Agreement. Margaret R. and Michael R. have taken exception to Empire's refusal to defend or indemnify them under the Policy.

## **FIRST CLAIM FOR RELIEF**

### **(For Declaratory Relief Against All Defendants)**

13.     Empire repeats and incorporates herein by this reference each and every allegation contained in paragraphs 1 Through 12 above, as if set forth in full herein.

14.    Empire is informed and believes, and on that basis alleges, that an actual controversy has arisen and now exists between Empire on the one hand and Margaret R., Michael R., and Oakley on the other hand, concerning the parties' respective rights and duties under the Policy.

15.    A declaratory judgment is necessary in that Empire contends and defendants deny that SLP coverage is not available to defendants for the death and personal injuries arising from the Accident.

16.    An actual controversy exists between the parties, and this Court has the authority to issue a declaratory judgment concerning the parties' respective rights and duties pursuant to 28 U.S.C. section 2202.

17.    Empire seeks a declaration of its rights and duties, and specifically seeks a declaration that there is no coverage under its policy for this loss.

## PRAYER

WHEREFORE, Empire prays for a declaratory judgment against defendants as follows:

1. That the Empire Policy does not provide SLP coverage to Margaret R., Michael R., or Oakley for the Accident.

2. For its costs and expenses incurred herein; and

3. For such other and further relief as this Court deems just and proper.

Dated: 5/12/06    By: _____
**PHILIP HUNTER THOMPSON**
**Attorney for Plaintiff,**
**EMPIRE FIRE & MARINE INSURANCE**
**COMPANY**

/ / /

# DEMAND FOR JURY TRIAL

Plaintiff, Empire Fire and Marine Insurance Company, hereby demands a

jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: 5/12/06          By: _____

**PHILIP HUNTER THOMPSON**
**Attorneys for Plaintiff,**
**EMPIRE FIRE & MARINE INSURANCE**
**COMPANY**

1    **PROOF OF SERVICE**

2    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3
     I am employed in the County of Los Angeles, State of California.  I am over
4    the age of eighteen (18) and am not a party to the within action; my business
     address is 2425 Olympic Boulevard, Suite 4000W, Santa Monica, California
5    90404-4032.

6
     On May 12, 2006, I served the foregoing document described as
7    **COMPLAINT FOR DECLARATORY RELIEF** on all parties in this action by
     placing a true copy thereof enclosed in sealed envelopes addressed as follows:
8
     John D. Freeland, Esq.
9    Jill P. Sazama, Esq.
     Sapphira Pixler, Esq.
10   CURTIS & ARATA, A Professional Corp.
11   1300 K Street, Second Floor
     Modesto, CA 95354
12   Tel:  (209) 521-1800
     Fax:  (209) 572-3501
13

14   Dionne Choyce, Esq.
     CHOYCE CROWELL LLP
15   331 J. Street, Suite 200
     Sacramento, CA 95828
16   Tel:  (916) 449-8800
     Fax:  (916) 442-1310
17

18   **(X) MAIL:** I caused such envelope to be deposited in the mail at Santa Monica,
     California.  The envelope was mailed with postage thereon fully prepaid.  I am
19   "readily familiar" with the firm's practice of collection and processing
     correspondence for mailing. It is deposited with the U.S. postal service on that
20   same day in the ordinary course of business.  I am aware that on motion of a party
     served, service is presumed invalid if the postal cancellation date or postage meter
21   date is more than 1 day after the date of deposit for mailing in the affidavit.
22

23   **(X) FEDERAL:** I declare that I am employed in the office of a member of the bar
     of this court at whose direction the service was made.
24
     I declare under penalty of perjury, and under the laws of California, that the
25   foregoing is true and correct.

26   Executed on May 12, 2006 in Santa Monica, California.

27   _____
28                        Robert Toombs

208-013-105511                        19

-08-2  14  12:06    ENTERPRISE RENT A CAR DD    209 529-7241    P.02

**Enterprise**
1 800 rent-a-car

| OWNER OF VEHICLE/BRANCH ADDRESS: | ENTERPRISE RENT-A-CAR CO: 2816 MCHENRY AVE MODESTO CA 953: |
|---|---|

| RENTAL TYPE | R | PURCH # | US # 299 | RENTAL AGREEMENT NO. | D 547c |

0949  AN    8/31/04

RENTER: ROSENBAUM, M. JARET*

ADDRESS: 7681 SPY GLAS: DR
CITY: MODESTO  STATE CA 95356-9583

**ORIGINAL VEHICLE**

| COLOR | LICENSE NO | DOB 3/05/54 EMPLOYER CF |
| MODEL FYOBSO | DRIVERS LICENSE NO. C2431738 STATE CA EXPIRES 3/05/08 |

HOME PHONE 209-575-4277
OFFICE PHONE 209-985-6630

ANY OF SACRAMENTO
209-522-0000
3650 SU

MO 7:30A- 6:00P  TU 7:30A- 6:
WE 7:30A- 6:00P  TH 7:30A- 6:
FR 7:30A- 6:00P  SA 9:00A-12:

**DAY = 24 HOUR PERIOD**

NO CHARGE

HOURS @ 10.00/HOUR

DAYS @ 53.00/DAY

WEEKS @ 349.00/WEEK

**DAMAGE WAIVER NOTICE:** RENTER ACKNOWLEDGES RECEIPT OF ORAL DISCLOSURE THAT DAMAGE WAIVER MAY BE DUPLICATIVE OF COVERAGE MAINTAINED UNDER HIS OR HER OWN POLICY OF MOTOR VEHICLE INSURANCE. THE PURCHASE OF DAMAGE WAIVER IS OPTIONAL AND MAY BE DECLINED.

RENTER: X_____

| DW | 14.99/DAY |
| PAI | 7.00/DAY |
| SLP | 11.99/DAY |
| 2.60/GALLON |

DATE 8/31/04
EMPL # 9928Y

TAX 7.375 %

| DEPOSIT(S): AMOUNT | PAID BY | DATE PAID |
| 20.00 | CCAUTH:1057 | 8/31/2004 |

9/07/04 09:49

19

$10.99
full

TOTAL CHARGES
DEPOSITS
REFUNDS
**AMOUNT DUE**
CLOSED BY
PAID BY    CASH    CHECK    CH
RECEIPT OF    DATE    AMOUNT RECEIV

TOTAL P.02

EXHIBIT A
20

SE. __ 004 16:36    ENTERPRISE RENT A CAR DD    209 529 7241    P.03

Rental Agreement # D_____
Branch Number: 30_____



## RENTAL AGREEMENT ADDENDUM
### RESTRICTED USE OF PASSENGER VANS
### WITH SEATING FOR OVER 10 OCCUPANTS

Renter and Owner agree that the terms of this Addendum are additional to and a part of the Rental Agreement for the passenger van being rented.

Renter understands and agrees:

(1) The van will not be operated or used in Connecticut, the District of Columbia, Florida, Iowa, Maine, Massachusetts, New York, Rhode Island or Canada.

(2) The van does not meet Federal Bus Safety Standards and they will not transport children in the twelfth (12th) grade or younger, other than family members, for school related functions.

(3) Each driver of the van shall possess the requisite drivers license necessary for the operation of the van dependent on usage and/or organizational status of the renting company. Renter warrants that if the van is to be used for transporting passengers for hire or profit, or by any public or private school or school district (including any California community or state college), or by any nonprofit organization or group, all drivers of the van shall possess a valid class B license with a passenger transport endorsement.

Renter acknowledges, by his/her signature below, that he/she has read the consumer advisory below and agrees to all terms of this Addendum.

_Margaret A. Dentam_    _8/2/04_    _Rachel Cargill_
Renter    Date    Enterprise Representative

---

### U.S. DEPARTMENT OF TRANSPORTATION LARGE VAN ADVISORY

The risk of a rollover crash in a 15-passenger van increases as the van is more fully loaded. The risk rises as passengers are added, and once the van has 10 or more passengers, the rollover risk is greatly increased. Placing a load on the roof also contributes to this increased risk of rollover. These two conditions change the van's center of gravity. As a result, the van has less resistance to rollover and handles differently from other passenger vehicles making it more difficult to control in an emergency situation. Most vehicle rollovers are single vehicle crashes in which the vehicle runs off the road and overturns when it strikes a ditch, embankment, soft soil, or other object.

#### TIPS FOR PREVENTING ROLLOVER

Drivers must be well rested and maintain a safe speed for weather and road conditions. Drivers must be especially cautious on curved rural roads and maintain a safe speed to avoid running off the road. If the van's wheels drop off the roadway, *gradually* reduce speed and steer back onto the roadway when it is safe to do so.

#### BUCKLE UP FOR SAFETY

Eighty percent of people killed in rollover crashes in 15-passenger vans were not wearing seat belts. Passengers can dramatically reduce their risk of being killed or seriously injured in a rollover crash by simply using their seat belts. All vehicle occupants should always wear seatbelts. Drivers should be responsible for enforcing the use of seatbelts.

#### OTHER TIPS FOR SAFE DRIVING

When a 15-passenger van is not full, passengers should sit in seats that are in front of the rear axle. More than 15 people should never be allowed to ride in a 15-passenger van. Because 15-passenger vans are substantially longer and wider than cars, they require more space and additional reliance on the side-view mirrors for passing; do not respond as well to abrupt steering maneuvers; require additional braking time.

---

White – Enterprise Copy    Yellow – Renter Copy

SEP-03-2004  14:26    209 575 0272    P.02

# Commercial Lines Policy

## EMPIRE FIRE AND MARINE INSURANCE COMPANY

13810 FNB Parkway · Omaha, Nebraska  68154-5202

### THIS POLICY CONSISTS OF:

- ◆ DECLARATIONS
- ◆ COMMON POLICY CONDITIONS
- ◆ ONE OR MORE COVERAGE PARTS

### A COVERAGE PART CONSISTS OF:

- ◆ ONE OR MORE COVERAGE FORMS
- ◆ APPLICABLE FORMS AND ENDORSEMENTS

*Scan to*
*# 351627*



EM 00 90 (05-00)

A STOCK CC IRA IY

The Company's President and Secretary have signed this policy. If required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_John Krinsler_
Secretary

_John J Mc Carty_
President

 

EMPIRE·FIRE·AND·MARINE·INSURANCE·COMPANY
13810 FNB Parkway • Omaha, Nebraska 68154-5202

## SUPPLEMENTAL RENTAL LIABILITY INSURANCE
## EXCESS POLICY DECLARATIONS

Policy No.    SI 22 64 51

ITEM 1.    See EM 0808
           Policyholder


           Address

ITEM 2.    POLICY PERIOD:        Effective   09-1-2002   to Expiration   09-1-2005
           12:01 a.m. Standard Time at address in Item 1.

ITEM 3.    LIMITS OF LIABILITY:
           The difference between $1,000,000.00 combined single limit each accident
           bodily injury and property damage and the underlying insurance described in
           ITEM 4.

ITEM 4.    UNDERLYING INSURANCE:
           The minimum financial responsibility limits of the applicable State jurisdiction

ITEM 5.    PREMIUM:     $ See EM0808A

ITEM 6.    CANCELLATION:     See Policy Provisions

ITEM 7.    MINIMUM PREMIUM:     $ N/A

ITEM 8.    APPLICABLE ENDORSEMENT(S):
           See EM 3022 (12-94)


This declarations page with Policy Provisions, Form EM 0065, and Forms and Endorsements, if
any, issued to form a part thereof, complete this policy.

                                              Empire Management Services, Inc.
                                              Omaha, Nebraska
Date of Issue:   11/22/2002      Countersigned by:
                                              Authorized Representative




EM 00 82 (10-93)

EXHIBIT B
24

EMPIRE FIRE AND MARINE INSURANCE COMPANY                    EMPIRE INDEMNITY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO | POLICY CHANGES EFFECTIVE | | AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| SI 22 64 51 | October 15, 2004 | | |
| NAMED INSURED | | COVERAGE PARTS AFFECTED | |
| SEE EM0808 | | Supplemental Rental Liability Insurance | |

The following forms have been deleted from the policy:
EM0089 (05-94)
EM0958 (04-94)
EM0959 (04-94)
EM0976 (01-96)

The following form has been added to the policy:
EM0089 (01-04)

| ORIG. PREM. | COVERAGE | ADDITIONAL PREM. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |

☐ PREMIUM INCLUDED IN REVISED INSTALLMENTS

| Date Prepared | **3**<br>END. # | Signature of Authorized Representative |
|---|---|---|

EM 08 08  (01-93)

**EMPIRE FIRE AND MARINE INSURANCE COMPANY**  **EMPIRE INDEMNITY INSURANCE COMPANY**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO | POLICY CHANGES EFFECTIVE | AUTHORIZED REPRESENTATIVE |
|---|---|---|
| SI 22 64 51 | September 1, 2004 | |
| NAMED INSURED | COVERAGE PARTS AFFECTED | |
| SEE EM0808 | Supplemental Rental Liability Insurance | |

### Premium Rate Endorsement

The following premiums apply with respect to the coverage provided by this policy:

| Regular Program | Rate Per Day |
|---|---|
| Countrywide, except as indicated below: | $ .89 |
| | |
| California Group 32 | $ .89 |
| California Groups 23, 30, 54 | $ .89 |
| Florida Groups 7, 35, 42, 43, 55 | $1.71 |
| Florida Group 41 | $1.71 |
| New York Group 29 | $ .89 |
| New York Groups 24 | $1.22 |

| Small Corporate/Employee Program | |
|---|---|
| Countrywide, except as indicated below: | $ .68 |
| | |
| California Group 32 | $ .68 |
| California Groups 23, 30, 54 | $ .68 |
| Florida Groups 7, 35, 42, 43, 55 | $1.30 |
| Florida Group 41 | $1.30 |
| New York Group 29 | $ .68 |
| New York Groups 24 | $ .93 |

| ORIG. PREM. | COVERAGE | ADDITOIAL PREM. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |

☐ PREMIUM INCLUDED IN REVISED INSTALLMENTS

| | 2 | |
|---|---|---|
| Date Prepared | END. # | Signature of Authorized Representative |

EM 08 08  (01-93)

EXHIBIT B

EMPIRE FIRE AND MARINE INSURANCE COMPANY          EMPIRE INDEMNITY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO | POLICY CHANGES EFFECTIVE | | AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| SI 22 64 51 | October 1, 2003 | | |
| NAMED INSURED | | COVERAGE PARTS AFFECTED | |
| SEE EM0808 | | Supplemental Rental Liability Insurance | |

Premium Rate Endorsement

The following premiums apply with respect to the coverage provided by this policy:

| Regular Program | Rate Per Day |
|---|---|
| Countrywide, except as indicated below: | $ .97 |
| | |
| California Group 32 | $ .97 |
| California Groups 23, 30, 54 | $ .97 |
| Florida Groups 7, 35, 42 43, 55 | $1.85 |
| Florida Group 41 | $1.85 |
| New York Group 29 | $ .97 |
| New York Groups 24 | $1.32 |

| Small Corporate/Employee Program | |
|---|---|
| Countrywide, except as indicated below: | $ .74 |
| | |
| California Group 32 | $ .74 |
| California Groups 23, 30, 54 | $ .74 |
| Florida Groups 7, 35, 42, 43, 55 | $1.40 |
| Florida Group 41 | $1.40 |
| New York Group 29 | $ .74 |
| New York Groups 24 | $1.01 |

| ORIG. PREM. | COVERAGE | ADDITIONAL PREM. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |

☐ PREMIUM INCLUDED IN REVISED INSTALLMENTS

| | 1 | |
|---|---|---|
| Date Prepared | END. # | Signature of Authorized Representative |

EM 08 08   (01-93)

EXHIBIT B

27

EMPIRE FIRE AND MARINE INSURANCE COMPANY

This endorsement, effective 09-1-2002, forms part of Policy No. SI 22 64 51

---

## FORMS AND ENDORSEMENTS BY STATE

The following is a list of endorsements which affect the applicable insurance coverages.

**Countrywide:**
EM 0065   (09-97) - Supplemental Rental Liability Insurance Policy Provisions (except New
                    York)
EM 0090   (05-00) - Commercial Lines Policy Jacket
EM 0808   (01-93) - Names of Corporation or Division
EM 0808A (01-93) - Premium rate endorsement (except New York)
EM 0808B (01-93) - Premium rates for Truck Rental (except New York)
EM 0808C (01-93) – Deductible Change Endorsement
EM 0993   (07-99) - Cooperation Conditions Endorsement (except Alaska)

**Alabama**
EM 0996 (09-99) - Punitive Damages Amendatory Endorsement

**Alaska**
EM 0995 (09-99) - Alaska Amendatory Endorsement
EM 0993AK (07-99) - Cooperation Conditions Amendatory Endorsement
IL 0017 (11-98)  - Common Policy Conditions
IL 0280 (07-02)  - Alaska Cancellation Endorsement
EM 0841 (07-96)  - Attorney Fees Coverage Endorsement B
EM 1641 (07-96)  - Attorney Fees Coverage Notice B

**Florida**
EM 0960 (04-94) - Other Insurance
EM 3071 (05-00) – Florida Amendatory Endorsement

**Illinois**
EM 0960 (04-94) - Other Insurance

**Maine**
EM 3052 (01-00) – Maine Amendatory Endorsement

**Maryland**
EM 3051 (07-99) - Maryland SLI Amendatory Endorsement
EM 1665 (07-99) – Maryland Disclosure Statement

**Mississippi**
EM 0996 (09-99) – Punitive Damage Amendatory Endorsement

**Montana**
EM3070 (12-99) – Montana Amendatory Endorsement

EM 30 22 (12-94)

EMPIRE FIRE AND MARINE INSURANCE COMPANY

This endorsement, effective 09-1-2002, forms part of Policy No. SI 22 64 51

## FORMS AND ENDORSEMENTS BY STATE

The following is a list of endorsements which affect the applicable insurance coverages.

**New Hampshire**
EM 0987 (09-99) - New Hampshire Amendatory Endorsement

**New York**
EM 0089 (05-94) - Supplemental Rental Liability Insurance - New York Policy Provisions
EM 0958 (04-94) - New York Amended Bodily Injury Liability Limit
EM 0959 (04-94) - New York Amendatory Bodily Injury Definition
EM 0976 (01-96) - Amendatory Endorsement - Covered Expenses

**North Carolina**
EM 0960 (04-94) - Other Insurance
EM 8410 (03-98) - North Carolina Changes

**South Dakota**
EM 0994 (09-99) - South Dakota Amendatory Endorsement

**Tennessee**
EM 0996 (09-99) - Punitive Damages Amendatory Endorsement

**Vermont**
EM 3072 (12-00) – Vermont Amendatory Endorsement

**Washington**
EM 0986 (12-99) – Washington Amendatory Endorsement

EM 30 22 (12-94)

*COUNTRYWIDE*
*SI226451*

# SUPPLEMENTAL RENTAL LIABILITY INSURANCE
# POLICY PROVISIONS

Throughout this policy the words "we", "us " or "our" refer to the Company named in the Declarations. The words "you" or "your" refer to the Insured. In addition, certain words or phrases identified by quotation marks are defined in SECTION III - DEFINITIONS.

## SECTION I - LIABILITY INSURANCE

### A.   COVERAGE

1.   This policy provides excess auto liability insurance and only applies to a "loss" involving "bodily injury" and "property damage" caused by an "accident" and resulting from the use of a covered "rental vehicle".

2.   We will indemnify any "insured" for such "loss" in excess of the "underlying insurance" for which this coverage applies during the "coverage period", provided our liability shall apply only to the "ultimate net loss" in excess of such "underlying insurance".

3.   We have no duty to defend any claim or "suit" made or brought against you if your "underlying insurance" has a duty to defend. However, we have the right and shall be given the opportunity to investigate and be associated in the defense and trial of any claim, "suit" or proceeding which in our opinion may create a liability on our part under this policy. If we exercise this right, we will assume our proportionate share of all court costs, legal fees, investigation costs and interest incurred with our consent. We will not defend any "suit" or make additional payments after we have paid or tendered our limit of liability for this coverage.

### B.   WHO IS AN INSURED

1.   Only the following are "insureds" under this policy:

a.   The "Rentee" who has:

(1)   Entered into a "rental agreement" with the "policyholder" shown in the Declarations; and

(2)   Elected under the "rental agreement" to purchase optional "supplemental rental liability insurance"; and

(3)   Paid for optional "supplemental rental liability insurance".

b.   Additional authorized drivers whose names appear on the "rental agreement", where the "rentee" has complied with a. (1), (2), and (3) above.

EM 00 65 (09-97)                                                           Page 1 of 6

2. The following are <u>not</u> insureds under this policy:

   a. The "policyholder", "certificate holder" or owner of the "rental vehicle", or

   b. Any employee, agent or family member of the "policyholder" or "certificate holder"; or

   c. Any driver who is not an authorized driver under the terms of the "rental agreement", or whose name does not appear on the "rental agreement".

## C. LIMIT OF INSURANCE

Regardless of the number of "insureds", "rental vehicles", premiums paid, or claims made, the most we will pay for "ultimate net loss" is the difference between the limits of liability provided by the "underlying insurance" and the "supplemental rental liability insurance" limit shown in the Declarations.

## D. EXCLUSIONS

In addition to the exclusions contained in the "underlying insurance", this insurance does not apply to the following:

1. Loss arising out of an "accident" which occurs while the "insured" is under the influence of alcohol or drugs, or other substances unless prescribed by a physician.

2. Loss arising out of the use of a "rental vehicle" when such use is in violation of the terms and conditions of the "rental agreement".

3. Loss arising out of "bodily injury" or "property damage" sustained by any "insured" or any relative or family member of the "insured" who resides in the same household.

4. Loss arising out of the operation of the "rental vehicle" by any driver who is not an "insured".

5. Liability arising out of or benefits payable under any uninsured or underinsured motorists law, in any state.

6. Liability arising out of or benefits payable under any first party benefit law, medical payments, no-fault law or any similar law to the foregoing, in any state.

7. Fines, penalties, exemplary or punitive damages or any other type or kind of judgment or award which does not compensate the party benefiting from the award or judgment for any actual loss or damage sustained, and any costs, expenses or fees associated with the same.

8. "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

9. Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers compensation, disability benefits or unemployment law or any similar law.

10. "Bodily injury" to:

EM 00 65 (09-97)                                                Page 2 of 6

    a.    An employee of the "insured" arising out of and in the course of employment by the "insured"; or

    b.    The spouse, child, parent, brother or sister of that employee as a consequence of paragraph a. above.

This exclusion applies:

        (1)    Whether the "insured" may be liable as an employer or in any other capacity; and

        (2)    To any obligation to share damages with or repay someone else who must pay damages because of the injury.

11.    "Bodily injury" to any fellow employee of the "insured" arising out of and in the course of the fellow employee's employment.

12    "Property damage" to property transported by the "insured" or in the "insureds" care, custody or control.

13.    "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

14.    "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

15.    Any "insured's" liability for damage to the "rental vehicle".

16.    Liability arising out of the use of a "rental vehicle" which was obtained through a "rental agreement" based on false, misleading or fraudulent information.

17.    Loss while any "rental vehicle" is rented by the "insured" and used to transport people or personal property for a fee, regardless of whether the fee is set out specifically for transportation cost or included with the cost as a package of services provided to the general public.

---

## SECTION II - CONDITIONS

---

### A.  LOSS CONDITIONS

1.    NOTICE OF LOSS. Whenever it appears that an "accident" or "loss" is likely to involve this policy, the "policyholder" or "rentee" shall give us written notice as soon as practicable.

2.    SUIT. No legal action can be brought against us unless the provisions of this policy have been complied with, and the amount of your obligation to pay has been decided.

3.    EXPENSES. If at our request an "insured" has incurred attorney fees, court costs or other expenses including interest in the investigation or defense of claims, suits or

other legal proceedings, we will be responsible for payment of them. We are not responsible for salaries or expenses expended or incurred by an "insured" or any "insureds" employee in the investigation or defense of a claim, suit or other legal proceeding, unless we have given our prior consent.

4.   APPEALS. If an "insured" or underlying insurer elects not to appeal judgments in excess of the "underlying insurance", we may elect to appeal such judgments at our own expense, but in no event shall our liability for "ultimate net loss" exceed the limit of liability plus expenses incurred in such an appeal.

5.   SUBROGATION. In the event of any payment under this policy, we shall participate with the "insured" and any underlying insurer in the exercising of all of the "insured's" rights of recovery against any person or organization liable therefore. The "insured" must do everything necessary to secure our rights and do nothing after the "loss" to impair them.

## B.   GENERAL CONDITIONS

1.   PREMIUM. The premium for this policy shall be computed on the basis stated in the declarations. The premium shall be remitted to us on a monthly basis by the "policyholder", along with summarizing reports as requested by us. The premium will be considered fully earned upon receipt and not subject to refund upon policy cancellation. This premium shall be subject to audit by our representatives.

2.   UNDERLYING INSURANCE. The policy or policies of insurance, bond, cash deposits or self-insurance must be maintained in full effect by the "policyholder" or "insured", during the term of this policy as a condition precedent to coverage. In the event of cancellation or termination of underlying insurance or underlying self-insurance this policy will cease to apply at the same time without any further notice from us.

3.   ATTACHMENT OF LIABILITY. Liability under this policy shall not attach until the "underlying insurance" has been exhausted by payment of judgments or settlements and the "insured" has paid, or has become legally obligated to pay, the "ultimate net loss" in excess of such "underlying insurance".

4.   CANCELLATION. This policy can be canceled by us by delivering to the "policyholder" written notice of such termination at least ten (10) days before the effective date of such cancellation if canceled for nonpayment of premium; or at least forty-five (45) days before the effective date if we cancel for any other reason.

5.   CHANGES. This policy together with the "rental agreement" constitutes the entire contract of insurance. No agent has authority to change this policy or waive any of its provisions.

6.   TERMINATION. This coverage will terminate at the time a "rentee" ceases to be a "rentee" of the "policyholder" under the "rental agreement".

7.   POLICY TERRITORY. We cover losses which occur during the "Policy Period" within the United States its territories and possessions, Puerto Rico and Canada. This policy territory does not include Mexico.

EM 00 65 (09-97)

EXHIBIT B
34

## SECTION III - DEFINITIONS

A.  "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B.  "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads.

C.  "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D.  "Certificate holder" means the person or organization, franchisee, licensee, or association member listed as an additional "policyholder" on the Certificate of Insurance.

E   "Coverage period" means the period of time the "rental agreement" is in effect for the "rental vehicle" and the "rentee".

F.  "Insured" means the person or organization qualifying as an insured in the WHO IS INSURED provision of SECTION I, Part B.

G.  "Loss" means legal liability arising out of an "accident" involving a "rental vehicle" which occurs during the policy period.

H.  "Policyholder" means the person or organization listed in the declarations, or its subsidiaries.

I.  "Policy Period" is the period during which the "Policyholder" or "Certificate holder" may offer coverage under the policy to any "insured". This does not include the "coverage period".

J.  "Property damage" means damage to or loss of use of tangible property.

K.  "Rental agreement" means the rental contract by which the "rentee" rents or leases the "rental vehicle".

L.  "Rental vehicle" means the "auto" rented or leased by the "rentee" from the "policyholder" and described in the "rental agreement".

M.  "Rentee" means the person or organization who rents or leases a motor vehicle from the "policyholder".

N.  "Supplemental rental liability insurance" means optional excess liability made available to and elected by a "rentee" for which premium is paid.

O.  "Ultimate net loss" means all sums actually paid by an "insured", or for which an "insured" becomes legally obligated to pay, as damages in settlement or satisfaction of a "loss" for which insurance is provided by this policy, after deduction for all recoveries or salvage.

P.  "Underlying insurance" means the policy or policies of insurance, bond, cash deposit or self insurance, maintained by the "policyholder" or "insured" which satisfy at least the Minimum Financial Responsibility requirements of the state where the accident occurred.

EM 00 65 (09-97)

Q.   "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

The Company's President and Secretary have signed this policy.  If required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary

President

RE FIRE AND MARINE INSURANCE COMPANY                    EMPIRE INDEMNITY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO. | POLICY CHANGES EFFECTIVE | | AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| SI 22 64 51 | 09-01-02 | | |
| NAMED INSURED | | COVERAGE PARTS AFFECTED | |
| | | Supplemental Rental Liability Insurance | |

"Policyholder" means the owner of the rental vehicle and who is one of the entities, or any of their subsidiary, affiliated, or associated companies, listed below:

| GP | Name of Corporation or Division |
|---|---|
| 01 | Enterprise Leasing Company of St. Louis |
| 03 | Enterprise Leasing Company of Georgia |
| 04 | Enterprise Leasing (a Florida Corporation) |
| 05 | Enterprise Leasing Company of Kansas |
| 06 | Enterprise Leasing Company of Houston |
| 07 | Enterprise Leasing Company of Orlando |
| 08 | Enterprise Leasing Company of Indianapolis, Inc. |
| 09 | Enterprise Leasing Company of DFW |
| 10 | Enterprise Rent-A-Car Company of Boston, Inc. |
| 12 | Enterprise Leasing Company of Denver |
| 14 | Enterprise Leasing Company of New Orleans |
| 15 | Enterprise Leasing Company of Chicago |
| 16 | Enterprise Leasing Company (a Maryland Corporation) |
| 17 | Enterprise Leasing Company of Philadelphia |
| 18 | Enterprise Leasing Company of Baltimore |
| 19 | Enterprise Leasing Company (a Minnesota Corporation) |
| 20 | Enterprise Leasing Company of Detroit |
| 21 | Enterprise Leasing Company of Norfolk/Richmond |
| 23 | Enterprise Rent-A-Car Company of San Francisco |
| 24 | ELRAC, Inc. |
| 29 | SNORAC, Inc. |
| 30 | Enterprise Rent-A-Car Company of Sacramento |
| 32 | Enterprise Rent-A-Car Company of Los Angeles |
| 36 | Enterprise Rent-A-Car Company of Hawaii |
| 37 | Enterprise Rent-A-Car Company of Alaska |
| 38 | Enterprise Rent-A-Car Company of Cincinnati |
| 39 | CLERAC, Inc. |
| 40 | Enterprise Rent-A-Car Company of Pittsburgh |
| 44 | Enterprise Rent-A-Car Company, Inc. (a Wisconsin Corporation) |
| 45 | Enterprise Leasing Company (a Washington Corporation) |
| 46 | Enterprise Rent-A-Car Company of Oregon |
| 47 | Enterprise Rent-A-Car Company of Utah |
| 48 | CAMRAC, Inc. |
| 49 | Enterprise Rent-A-Car Company of Rhode Island |
| 50 | Enterprise Leasing Company of Phoenix |
| 51 | Enterprise Leasing Company - Southwest |
| 53 | Enterprise Leasing Company - Southeast |
| 54 | Enterprise Leasing Company - West |

EM 08 08 (01-93)    (Amended-1)                                          Page 1 of 2

EXHIBIT B

37

| 55 | Enterprise Leasing Company - South Central, Inc. |
| 56 | Enterprise Rent-A-Car Company of Tennessee |
| 57 | PENRAC, Inc. |
| 58 | Enterprise Rent-A-Car Company of Kentucky |
| 59 | MIRAC, Inc. |
| 62 | Enterprise Rent-A-Car Company of - Midwest |
| 63 | Enterprise Rent-A-Car Company of Montana/Wyoming |
| 64 | Enterprise Rent-A-Car Company of the Dakotas/Nebraska |

For the purpose of complying with the provisions of this policy, SECTION I - LIABILITY INSURANCE, B. WHO IS AN INSURED - Subpart 3 is added as follows:

3.   The "policyholder" shall be deemed the first named insured for the following purposes only:
   a.   Formal notices, including cancellation and nonrenewal;
   b.   Policy coverage selections, including limits of liability;
   c.   Selection or rejection of uninsured and underinsured motorists coverage.

For the purpose of complying with the provisions above, the mailing address of the policyholder is as follows:

   Policyholder
   In care of
   Enterprise Rent-A-Car Company
   600 Corporate Park Drive
   St. Louis, Missouri 63105

   Attention: Lee Kaplan

Notification by the Company to the address above shall be deemed to be sufficient notice to the "Policyholder" as defined herein.

| ORIG. PREM. | COVERAGE | PREM. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL** | N/A |

☐  PREMIUM INCLUDED IN REVISED INSTALLMENTS

11/28/00
_____        _____        _____
Date Prepared              END. #                Signature of Authorized Representative

EM 08 08 (01-93)   (Amended-1)                                    Page 2 of 2

EXHIBIT B
38

 RE FIRE AND MARINE INSURANCE COMPANY           EMPIRE INDEMNITY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO SI 22 64 51 | POLICY CHANGES EFFECTIVE September 1, 2002 | AUTHORIZED REPRESENTATIVE |
|---|---|---|
| NAMED INSURED SEE EM0808 | COVERAGE PARTS AFFECTED Supplemental Rental Liability Insurance | |

### Premium Rate Endorsement

The following premiums apply with respect to the coverage provided by this policy:

| Regular Program | Rate per Day |
|---|---|
| Countrywide, except as indicated below: | $1.34 |
| California Group 32 | $1.34 |
| California Groups 23, 30, 54 | $1.34 |
| Florida Groups 7, 35, 42, 43,55 | $2.61 |
| Florida Group 41 | $2.61 |
| New York Group 29 | $1.34 |
| New York Groups 24 | $1.85 |

| Small Corporate/Employee Program | |
|---|---|
| Countrywide, except as indicted below: | $1.02 |
| California Group 32 | $1.02 |
| California Groups 23, 30, 54 | $1.02 |
| Florida Groups 7, 35, 42, 43,55 | $1.98 |
| Florida Group 41 | $1.98 |
| New York Group 29 | $1.02 |
| New York Groups 24 | $1.41 |

| ORIG. PREM. | COVERAGE | ADDITIONAL PREM. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |

☐ PREMIUM INCLUDED IN REVISED INSTALLMENTS

| Date Prepared | END. # | Signature of Authorized Representative |
|---|---|---|

EM 08 08 A (01-93)

IRE FIRE AND MARINE INSURANCE COMPANY          EMPIRE INDEMNITY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO | POLICY CHANGES EFFECTIVE | | AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| SI 22 64 51 | 09-01-02 | | |
| NAMED INSURED | | COVERAGE PARTS AFFECTED | |
| SEE EM0808 | | Supplemental Rental Liability Insurance | |

The following rates apply to the Truck Rental Program

| | $0 to MFR | MFR to $1Mil |
|---|---|---|
| Countrywide | Retained by Enterprise Rent-A-Car | $3.00 per day |
| California Group 32 | | $3.85 |
| California Groups 23, 30, 54 | | $3.00 |
| Florida Groups 7, 42, 43, 55 | | $8.00 |
| Florida Group 41 | | $9.00 |
| New York Group 29 | | $4.00 |
| New York Group 24 | | $6.00 |

| ORIG. PREM. | COVERAGE | PREM. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | $0.00 |

☐ PREMIUM INCLUDED IN REVISED INSTALLMENTS

_____          _____          _____
Date Prepared                        END. #                Signature of Authorized Representative

EM 08 08 B  (01-93)

EXHIBIT B



EMPIRE FIRE AND MARINE INSURANCE COMPANY          EMPIRE INDEMNITY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY CHANGES (FORM B)

| POLICY NO. | POLICY CHANGES EFFECTIVE | AUTHORIZED REPRESENTATIVE |
|---|---|---|
| SI 22 64 51 | 09-01-02 | |
| **NAMED INSURED** | **COVERAGE PARTS AFFECTED** | |
| SEE EM0808 | Supplemental Rental Liability Insurance | |

This endorsement changes the policy effective on the inception date of the policy.

1.  Item #17 in SECTION 1 - LIABILITY INSURANCE, D- Exclusions is deleted and replaced by the following:

    17. Loss while any "rental vehicle" is rented by the "insured" and used to transport people or personal property for a fee, regardless of whether the fee is set out specifically for transportation cost or included with the cost as a package of services provided to the general public.
    This exclusion does not apply to a "loss" resulting from the rental of an "auto" in the "policyholder's" daily truck rental program if the transport of personal property for a fee has been approved in advance by the "policyholder".

2.  In the event that the method of financial responsibility compliance chosen by the "insured" or "policyholder" does not qualify as an underlying policy of insurance or a retained limit of self-insurance as required by law, this policy shall provide liability coverage in an amount equal to the minimum financial responsibility limits required by the state in which the accident occurs. If applicable, such minimum financial responsibility limits are subject to the terms, conditions, limitations and exclusions in the policy except to the extent that they might conflict with applicable law. All terms, conditions, limitations, and exclusions in the policy remain in full force and effect as to any coverage limits in excess of the minimum financial responsibility limits under the event described herein.

| ORIG. PREM. | COVERAGE | PREM. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL** | N/A |

☐  PREMIUM INCLUDED IN REVISED INSTALLMENTS

| 11/22/2002 | | |
|---|---|---|
| Date Prepared | END. # | Signature of Authorized Representative |

EM 08 08 C (01-93)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## COOPERATION CONDITIONS ENDORSEMENT

This endorsement modifies Insurance under the following·

**Supplemental Rental Liability Insurance**

With respects to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by this endorsement.

| Endorsement Effective Date<br>9/01/02 | Policy No.<br>SI226451 |
|---|---|
| Named Insured<br>SEE EM0808 | Countersigned by |

Authorized Representative

This endorsement changes the policy effective on the inception date of the policy unless another date is Indicated above

**SECTION II CONDITIONS, A. LOSS CONDITIONS, are changed to read:**

1  NOTICE OF LOSS. Whenever it appears that an "accident" or "loss" is likely to involve this policy, the "policyholder" or "rentee" shall give us written notice as soon as practicable.

2.  DUTIES IN THE EVENT OF ACCIDENT,CLAIM, SUIT OR LOSS

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties.

   a.  In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss"  Include.

      (1) How, when and where the "accident" or "loss" occurred;

      (2) The "insured's" name and address; and

      (3) To the extent possible, the names and addresses of any injured persons and witnesses.

   b.  Additionally, you and any other involved "insured" must:

      (1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

      (2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

      (4) Authorize us to obtain medical records or other pertinent information

      (5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

    (6) Agree to examinations under oath at our request and give us a signed statement of your answers.

3.  SUIT. No legal action can be brought against us unless the provisions of this policy have been complied with, and the amount of your obligation to pay has been decided

4.  EXPENSES. If at our request an "insured" has incurred attorney fees, court costs or other expenses including interest in the investigation or defense of claims, suits or other legal proceedings, we will be responsible for payment of them. We are not responsible for salaries or expenses expended or incurred by an "insured" or any "insureds" employee in the investigation or defense of a claim, suit or other legal proceeding, unless we have given our prior consent.

5.  APPEALS. If an "insured" or underlying insurer elects not to appeal judgments in excess of the "underlying insurance", we may elect to appeal such judgments at our own expense, but in no event shall our liability for "ultimate net loss" exceed the limit of liability plus expenses incurred in such an appeal.

6  SUBROGATION. In the event of any payment under this policy, we shall participate with the "insured" and any underlying insurer in the exercising of all of the "insured's" rights of recovery against any person or organization liable therefore. The "insured" must do everything necessary to secure our rights and do nothing after the "loss" to impair them.

## 15. C..LCODE SE~~~ ~~~ ~~~ ~~~ ~~~ ~~~ ~~~ ~~~ OWNER'S RESPONSIBILITY AND RENTER'S OPTIONAL DAMAGE WAIVER.

DAMAGE WAIVER IS NOT INSURANCE AND IS NOT REQUIRED IN ORDER TO RENT VEHICLE. Renter is responsible for all collision damage to Vehicle even if someone else caused it or the cause is unknown. Renter is responsible for the cost of repair up to the fair market value of Vehicle, administrative fees, towing, storage, and impound fees. Renter is responsible for the first $500 of vandalism that is not a direct result of the actual theft of Vehicle. Renter will be responsible for theft of Vehicle or damages resulting from the theft of Vehicle if Renter or Authorized Driver fails to exercise ordinary care of Vehicle during the Rental Period. Renter's own insurance, or the issuer of the credit card used to pay for the car rental transaction, may cover all or part of Renter's financial responsibility for Vehicle. Renter should check with Renter's insurance company, or credit card issuer, to find out about Renter's coverage and the amount of the deductible, if any, for which Renter may be liable. Further, if Renter uses a credit card that provides coverage for Renter's potential liability, Renter should check with the issuer to determine if Renter must first exhaust the coverage limits of Renter's own insurance before the credit-card coverage applies. Owner will not hold Renter responsible if Owner offers and Renter purchases damage waiver. Damage waiver will not protect Renter if:

  a. Damage or loss results from an Authorized Driver's

    1. Intentional, willful, wanton, or reckless conduct

    2. Operation of the vehicle under the influence of drugs or alcohol in violation of Section 23152 of the California Vehicle Code,

    3. Towing or pushing anything, or

    4. Operation of the vehicle on an unpaved road if the damage or loss is a direct result of the road or driving conditions.

  b. Damage or loss occurs while the vehicle is

    1. Used for commercial hire,

    2. Used in connection with conduct that could be properly charged as a felony,

    3. Involved in a speed test or contest or in driver training activity,

    4. Operated by a person other than an authorized driver, or

    5. Operated outside of the United States.

  c. Any Authorized Driver has

    1. Provided fraudulent information to the rental company, or

    2. Provided false information and the rental company would not have rented Vehicle if it had instead received true information.

The cost of optional damage waiver is $9.00 to $19.99 for every rental day, depending on the vehicle rented.

## 16. Optional Supplemental Liability Protection

THE PURCHASE OF SUPPLEMENTAL LIABILITY PROTECTION IS OPTIONAL AND NOT REQUIRED IN ORDER TO RENT A VEHICLE:

### SLP Benefits:

Optional Supplemental Liability Protection (SLP) provides Renter with minimum financial responsibility limits as outlined in the applicable motor vehicle financial responsibility laws of the state where Vehicle is operated AND excess insurance provided by Empire Fire and Marine Insurance Company, which supplies Renter and Additional Authorized Drivers with third-party liability protection with a combined single limit per accident equal to the difference between the minimum financial responsibility limits set forth above and $1,000,000 Combined Single Limit per accident. SLP will respond to third party accident claims that result from bodily injury, including death, and property damage that arise from the use or operation of Vehicle as permitted in the Rental Agreement. The Empire Fire and Marine Insurance policy does not provide coverage for any loss arising from the use or operation of Vehicle in Mexico. SLP is available for an additional charge as stipulated on Page 1 of the Rental Agreement.

SLP is available for $9.95 per day.

### SLP Exclusions:

For all exclusions, see the SLP policy issued by Empire Fire and Marine Insurance Company. Here are a few key exclusions:

  (a) . Loss arising out of an accident that occurs while Renter or Additional Authorized Driver is under the influence of alcohol or drugs, or other substances unless prescribed by a physician;

  (b) Loss arising out of bodily injury or property damage sustained by Renter or Additional Authorized Driver or any relative or family member of Renter or Additional Authorized Driver who resides in the same household;

  (c) Loss arising out of the operation of Vehicle by any driver who is not Renter or Additional Authorized Driver;

  (d) Liability arising out of or benefits payable under any uninsured or underinsured motorist law, in any state;

  (e) Liability arising out of or benefits payable under any first party benefit law, medical payments, no-fault or any similar law to the foregoing, in any state;

  (f) Bodily injury to an employee or the spouse, child, parent, brother or sister of that employee, arising out of and in the course of employment by Renter or Additional Authorized Driver;

  (g) Property damage to property transported or in the care, custody or control of Renter or Additional Authorized Drivers;

  (h) Damage to Vehicle;

  (i) Liability arising out of the use of Vehicle, which was obtained based on false, misleading or fraudulent information;

  (j) Loss arising out of the use of Vehicle when such use is otherwise in violation of the terms and conditions of the Rental Agreement.

THIS IS A SUMMARY ONLY AND IS SUBJECT TO ALL PROVISIONS, LIMITATIONS AND EXCLUSIONS OF THE POLICY ISSUED BY EMPIRE FIRE AND MARINE INSURANCE COMPANY. UPON REQUEST, A COPY OF THE POLICY IS AVAILABLE FOR REVIEW. SLP PROVIDE A DUPLICATION OF COVERAGE ALREADY FURNISHED UNDER A PERSONAL INSURANCE POLICY, OR SOME OTHER SOURCE. EMPLOYEES, AGENTS OR ENDORSEES OF VEHICLE OWNER (AS DEFINED IN THE RENTAL AGREEMENT) ARE NOT QUALIFIED TO EVALUATE THE ADEQUACY OF RENTER'S EXISTING COVERAGE.

Report SLP Claims to:

Cambridge Integrated Services Group, Inc.
P.O. Box 94950
Cleveland, OH 44101-4950
Phone: 1-888-515-3132
Fax: 1-440-914-2903

RENTAL CAR AGENTS LICENSE #0D15655
CALIFORNIA DEPARTMENT OF INSURANCE CONSUMER HOTLINE
800-927-4357

## 17. Optional Personal Accident Insurance

PURCHASE OF PERSONAL ACCIDENT INSURANCE (PAI) IS OPTIONAL AND NOT REQUIRED TO RENT A VEHICLE.

PAI provides Renter and Renter's passengers with Accidental Death, Accident Medical Expense, Ambulance Expense benefits. PAI is available for an additional charge as stipulated on page 1 of the Agreement. "Renter" is the person who signs the Rental Agreement as Renter.

| | Cars | Vans & Trucks* |
|---|---|---|
| PAI | $3.00/rental day | $7.00/rental day |

* Vans and Trucks are any vehicle with a seating capacity greater than six.

| PAI Benefits: | Renter | Passenger |
|---|---|---|
| Accidental Death, Not to exceed | $100,000 | $10,000 |
| Accident Medical Expenses, Not to exceed | $3,500 | $3,500 |
| Accident Ambulance Expense, Not to exceed | $150 | $150 |

The above PAI benefits for Renter apply to accidents during the Rental Period whether or not Renter is in Passengers are covered only for accidents occurring while they occupy Vehicle. Anyone other than Renter flying or operating Vehicle shall be considered a "Passenger" for the purposes of PAI benefits.

### PAI Exclusions:

PAI shall not cover any death or injury caused wholly or partly, directly or indirectly by suicide, attempted suicide, or self-inflicted injury; aircraft travel; committing or attempting to commit an assault or felony; accident which occurs while under the influence of alcohol or narcotics, unless prescribed by a physician; accident which occurs while participating as a professional in a prearranged or organized race or testing of Vehicle; or any act of war; or engagement in an illegal occupation; nor shall this insurance be in effect if Renter converts Vehicle or during any period Renter is in violation of the Rental Agreement. Renter shall be deemed to have converted Vehicle whenever Vehicle is not returned to the Lessor by the return date or by the end return date.

THIS IS A SUMMARY ONLY AND IS SUBJECT TO ALL PROVISIONS, LIMITATIONS AND EXCLUSIONS OF THE PAI POLICY ISSUED BY GULF INSURANCE COMPANY. UPON REQUEST COPY OF THE POLICY IS AVAILABLE FOR REVIEW. PAI MAY PROVIDE A DUPLICATE COVERAGE ALREADY FURNISHED BY A PERSONAL INSURANCE POLICY, COMPREHENSIVE HOMEOWNER'S OR TENANT'S POLICY OR SOME OTHER SOURCE. BENEFITS AVAILABLE UNDER THE PAI, HOWEVER, WILL BE PAID IN ADDITION TO THOSE RECEIVED FROM OTHER SOURCE. EMPLOYEES, AGENTS OR ENDORSEES OF VEHICLE OWNER (AS DEFINED IN THE RENTAL AGREEMENT) ARE NOT QUALIFIED TO EVALUATE THE ADEQUACY OF RENTER'S EXISTING COVERAGE.

To file a PAI claim, obtain a claim form from any rental counter, complete it and return it with a copy of rental agreement to:

Cambridge Integrated Services Group, Inc.
P.O. Box 94950
Cleveland, OH 44101-4950
Phone: 1-888-515-3132
Fax: 1-440-914-2903

RENTAL CAR AGENTS LICENSE #0D15655
CALIFORNIA DEPARTMENT OF INSURANCE CONSUMER HOTLINE
800-927-4357

## 18. Telematics Notice and Release

Vehicle may be equipped with OnStar or another telematics system. Renter acknowledges that such system may utilize cellular telephone and/or radio signals to transmit data and communication and, therefore, privacy not be guaranteed. Renter authorizes use or disclosure of or access to call location information contained Renter or other user of the service, automatic crash notification to any person for use in the operation of automatic crash notification system and use of the vehicle location system. Renter releases Owner and/or of the telematics system, wireless carrier(s) and other suppliers of components or services and their respective employees, officers, directors and agents from any damage (including incidental and/or consequential damages) to persons (including without limitation Renter) or property caused by failure of the telematics system to operate properly. Third party service providers are not agents, employees, or contractors of Owner. For limitations concerning warranty, privacy and performance of the telematics system, in contact the telematics provider.

## 19. Headings

The headings of the numbered paragraphs of this Agreement are for convenience only, are not part of the Agreement and do not in any way limit, modify or amplify the terms and conditions of this Agreement.

EXHIBIT C
44

## TICKET JACKET

### ARE YOU
# IN THE KNOW?

Over 50% of drivers don't know if their automobile insurance policy includes the cost of a rental in the event their car is damaged or stolen. This coverage, known as rental reimbursement is available from most insurance carriers for a rather modest premium – about $20 a year



SO CHECK YOUR POLICY AND, IF YOU DON'T HAVE RENTAL REIMBURSEMENT COVERAGE, GIVE YOUR AGENT A CALL

**TELEMATICS NOTICE AND RELEASE**

RENTAL VEHICLE MAY BE EQUIPPED WITH ONSTAR OR ANOTHER TELEMATICS SYSTEM RENTER ACKNOWLEDGES THAT SUCH SYSTEMS UTILIZE CELLULAR TELEPHONE AND/OR RADIO SIGNALS TO TRANSMIT DATA AND COMMUNICATION AND THEREFORE, PRIVACY CAN NOT BE GUARANTEED RENTER AUTHORIZES USE OR DISCLOSURE OF OR ACCESS TO CALL LOCATION INFORMATION CONCERNING THE RENTER OR OTHER USER OF THE SERVICE, AUTOMATIC CRASH NOTIFICATION TO ANY PERSON FOR USE IN THE OPERATION OF AN AUTOMATIC CRASH NOTIFICATION SYSTEM AND USE OF THE VEHICLE LOCATION SYSTEM RENTER RELEASES OWNER, OPERATOR OF THE TELEMATICS SYSTEM WIRELESS CARRIER(S) AND OTHER SUPPLIERS OF COMPONENTS OR SERVICES AND THEIR RESPECTIVE EMPLOYEES, OFFICERS DIRECTORS AND AGENTS FROM ANY DAMAGE (INCLUDING INCIDENTAL AND/OR CONSEQUENTIAL DAMAGES) TO PERSON (INCLUDING WITHOUT LIMITATION RENTER) OR PROPERTY CAUSED BY FAILURE OF THE TELEMATICS SYSTEM TO OPERATE PROPERLY THIRD PARTY SERVICE PROVIDERS ARE NOT AGENTS, EMPLOYEES OR CONTRACTORS OF OWNER. FOR LIMITATIONS CONCERNING WARRANTY, PRIVACY AND PERFORMANCE OF THE ONSTAR TELEMATICS SYSTEM CONTACT 1-888-4-ONSTAR

### Supplemental Liability Protection

Optional Supplemental Liability Protection (SLP) provided by Empire Fire and Marine Insurance Company provides the Renter and Authorized Drivers as defined by this Rental Agreement, with up to $1 000,000 of liability protection as set forth in the terms and conditions of this Rental Agreement and the insurance policy for third party accident claims as a result of bodily injury (including death, and property damage arising out of the use of operation of the rental vehicle as permitted in this Rental Agreement. SLP is available for an additional charge as stipulated on this Rental Agreement

Exclusions All exclusions are stated on the policy, however, the following are a few key exclusions

(a) loss arising out of an accident which occurs while the Renter or Authorized Driver is under the influence of alcohol or drugs, or other substances unless prescribed by a physician (b) loss arising out of the use of a rental vehicle when such use is in violation of the terms and conditions of the rental agreement, (c) loss arising out of bodily injury or property damage sustained by a Renter or Authorized Driver or any relative or family member of the Renter or Authorized Driver who resides in the same household (d) loss arising out of the operation of the rental vehicle by any driver who is not a Renter or Authorized Driver, (e) liability arising out of or benefits payable under any uninsured or underinsured motorist law in any state (f) liability arising out of or benefits payable under any first party benefit law, medical payments no-fault or any similar law to the foregoing, in any state, (g) bodily injury to an employee or the spouse, child, parent, brother or sister of that employee arising out of and in the course of employment by the Renter or Authorized Drivers (h) property damage to property transported in or the care, custody or control of the Renter or Authorized Drivers (i) damage to the rental vehicle (j) liability arising out of the use of a rental vehicle which was obtained based on false, misleading or fraudulent information.

THIS IS A SUMMARY ONLY AND IS SUBJECT TO ALL PROVISIONS, LIMITATIONS EXCEPTIONS AND EXCLUSIONS OF THE SLP POLICY ISSUED BY EMPIRE FIRE AND MARINE INSURANCE COMPANY UPON REQUEST, A COPY OF THE POLICY IS AVAILABLE FOR REVIEW

The SLP may provide a duplication of coverage already furnished by a personal insurance policy, or some other source The purchase of SLP is not required in order to rent a vehicle

Report SLP Claims to

Cambridge Integrated Services, Inc
PO Box 94950
Cleveland, OH 44101
1-800-359-8322

### RENTAL CAR AGENTS LICENSE # 0D15655
CALIFORNIA DEPARTMENT OF INSURANCE CONSUMER HOTLINE
800-927-4357

### Damage Waiver Notice

CIVIL CODE SECTION 1936 COLLISION NOTICE ABOUT RENTER'S FINANCIAL RESPONSIBILITY AND OPTIONAL DAMAGE WAIVER Renter is responsible for all collision damage to the rented vehicle even if someone else caused it or the cause is unknown Renter is responsible for the cost of repair up to the fair market value of the vehicle, administrative fees, towing storage and impound fees Renter is responsible for the first $500 of vandalism that is not a direct result of the actual theft of the rented vehicle Renter will be responsible for theft of the rented vehicle or damages resulting from the theft of the vehicle if the renter or authorized driver fails to exercise ordinary care of the vehicle during the term of the rental Renter's own insurance, or the issuer of the credit card used to pay for the car rental transaction, may cover all or part of his financial responsibility for the rental vehicle Renter should check with his insurance company, or credit card issuer, to find out about his coverage and the amount of the deductible, if any, for which he may be liable Further, if the Renter uses a credit card that provides coverage for his potential liability, he should check, with the issuer to determine if he must first exhaust the coverage limits of his own insurance before the credit card coverage applies The Owner will not hold the renter responsible if the Owner offers and renter purchases optional damage waiver But, damage waiver will not protect him if

(a) Damage or loss results from an authorized driver's (i) intentional, willful, wanton or reckless conduct, (ii) operation of the car under the influence of drugs or alcohol in violation of Section 23152 of the Vehicle Code, (iii) towing or pushing anything, or (iv) operation of the car on an unpaved road if the damage or loss is a direct result of the road or driving conditions,

(b) Damage or loss occurs while the car is (i) used for commercial hire, (ii) used in connection with conduct that could be properly charged as a felony, (iii) involved in a speed test or contest or in driver training activity, (iv) operated outside of the United States, or (v) operated by a person other than an authorized driver;

(c) Any authorized driver (i) provided fraudulent information to the rental company or, (ii) provided false information about his coverage and Owner would not have rented the car if it had instead received true information

The cost of an Optional Damage Waiver is $9 00 to $19 99 for every day depending on the vehicle rented

### Personal Accident Insurance

Personal Accident Insurance (PAI) is an option which provides the Renter and the Renter's passengers with Accidental Death and Accident Medical Expense benefits The PAI is available for an additional charge as stipulated on the rental agreement.

| Benefits | Renter | Passenger |
|---|---|---|
| Accidental Death, Not to exceed | $100,000 | $10,000 |
| Accident Medical Expenses, Not to exceed | $3,500 | $3,300 |
| Accident Ambulance Expense, Not to exceed | $150 | $130 |

Exclusions

The PAI shall not cover any death or injury caused wholly or partly, directly or indirectly by suicide, attempted suicide or self-inflicted injury, aircraft travel commission or attempting to commit an assault or felony, an accident which occurs while under the influence of alcohol or narcotics, unless prescribed by a physician, an accident which occurs while participating in a prearranged or organized race or testing of a vehicle war or any act of war engagement in an illegal occupation, nor shall this insurance be in effect if the Renter converts the rental vehicle or during any period the Renter is in violation of the Rental Agreement (Exclusion does not apply in the state of Minnesota) The Renter shall be deemed to have converted the rental vehicle whenever the rental vehicle is not returned to the Lessor by the return or by the extended return date.

THIS IS A SUMMARY ONLY AND IS SUBJECT TO ALL PROVISIONS, LIMITATIONS AND EXCEPTIONS OF THE PAI POLICY ISSUED BY GULF INSURANCE COMPANY, EXCEPT FOR TEXAS WHERE THE POLICY IS ISSUED BY CONSOLIDATED INSURANCE ASSOCIATION UPON REQUEST, A COPY OF THE POLICY IS AVAILABLE FOR REVIEW THE PAI MAY PROVIDE A DUPLICATION OF COVERAGE ALREADY FURNISHED BY A PERSONAL INSURANCE POLICY OR SOME OTHER SOURCE HOWEVER, BENEFITS ARE PAYABLE IN ADDITION TO ANY OTHER COVERAGE YOU OR YOUR PASSENGERS MAY HAVE THE PURCHASE OF PAI IS NOT REQUIRED IN ORDER TO RENT A CAR

*In the state of Nebraska benefits are primary to any other coverage

To file a claim obtain a claim form from any rental counter, complete it and return it with a copy of the rental agreement to

Cambridge Integrated Services, Inc
PO Box 94950
Cleveland, OH 44101
1-800-359-8322

EXHIBIT D
45

TICKET JACKET

## Neighborhood Service. Airport Address.

*Albany, NY • Albuquerque • Atlanta • Austin • Baltimore • Birmingham • Bismarck • Boise • Boston • Buffalo • Burbank • Calgary • Charleston • Charlotte • Chicago-Midway • Chicago-O'Hare • Cincinnati • Cleveland • Colorado Springs • Columbus, GA • Columbus, OH • Dallas-Love Field • Dallas/Ft Worth • Dayton • Daytona Beach • Denver • Des Moines • Detroit • El Paso • Ft Lauderdale • Ft Myers • Fresno • Greensboro • Harrisburg • Hartford • Honolulu • Houston-Hobby • Houston-Intercontinental • Indianapolis • Islip • Jackson • Jacksonville • Kansas City • Las Vegas • Little Rock • Long Beach • Los Angeles • Louisville • Madison • Manchester, NH • Marathon • Maui • Memphis • Miami • Milwaukee • Minneapolis • Mobile • Myrtle Beach • Nashville • New Orleans • New York-JFK • New York-LaGuardia • Newark • Norfolk • Oakland • Oklahoma City • Omaha • Ontario • Orange County • Orlando • Palm Springs • Pensacola • Philadelphia • Phoenix • Pittsburgh • Portland • Providence • Quad Cities • Raleigh-Durham • Reno • Richmond • Rochester • Sacramento • St Louis • St Petersburg • Salt Lake City • San Antonio • San Diego • San Francisco • San Jose • Sarasota • Savannah • Seattle • Shreveport • South Bend • Syracuse • Tampa • Toronto • Tucson • Tulsa • Vancouver • Washington-Dulles • Washington-Reagan National • West Palm Beach • Winnipeg*

### and many more.

1 800 rent-a-car
reserve online @ www.enterprise.com

### ARE YOU

## IN THE KNOW?

Over 50% of drivers don't know if their automobile insurance policy includes the cost of a rental in the event their car is damaged or stolen. This coverage, known as rental reimbursement, is available from most insurance carriers for a rather modest premium – about $20 a year

SO CHECK YOUR POLICY AND, IF YOU DON'T HAVE RENTAL REIMBURSEMENT COVERAGE, GIVE YOUR AGENT A CALL

### RENT A

## LUXURY VEHICLE

AND GET

## 15% OFF

**Terms & Conditions**
Redemption requires an advance reservation at standard daily rates with request for discount. Applies to luxe new and mid-size cars only. Coupon must be redeemed at the time of rental and may not be used in conjunction with any other coupon, offer or discounted rate. Normal rental qualifications apply. Valid at participating Sacramento & Northern California locations through 6/02