UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMPIRE FIRE AND MARINE<br>INSURANCE COMPANY, | ) <br> ) <br> ) <br> ) | 1:06-CV-01458 OWW GSA |
| Plaintiff, | ) <br> ) | **ORDER DISMISSING ACTION** |
| v. | ) <br> ) <br> ) <br> ) | |
| MARGARET ROSENBAUM,<br>MICHAEL ROSEBAUM, | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) <br> ) | |

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41(a)(1),

IT IS HEREBY ORDERED that the case is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   July 24, 2009**              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

1